Nov. 25th 2022



Gregory J. Knuuttila
JACKET #202201142
CASE# 2:22-cr-00015
NEWAYGO COUNTY

U.S. DISTRICT JUDGE
HONORABLE JANET T. NEFF

I AM CURRENTLY IN ADMIN. SEG. IN NEWAYGO COUNTY JAIL WITH NO PHONE PRIVILEDGES I HAVE BEEN APPOINTED MARK L. DOBIAS FOR COUNSEL HE HAS REFUSED TO FILE ANY OF THE MOTIONS I HAVE ASKED HIM TO FILE STATING HE IS THE BOSS AND WE WILL DO WHAT HE SAYS I AM SET FOR TRIAL IN JANUARY I WOULD LIKE TO PUT IN FOR INEFFECTIVE COUNSEL AN WOULD LIKE FOR THE COURTS TO APPOINT ME NEW COUNSEL SO I CAN HAVE A FAIR AND JUST CHANCE MR MARK DOBIAS DOES NOT HAVE MY BEST INTEREST IN MIND I DID NOT KNOW HOW ELSE TO GO about this Sorry FOR ANY INCONVIENCE Your Honor I UNDERSTAND THIS would start the Process over From

the Begining I AM OK WITH THIS THERE IS MOTIONS THAT NEED TO BE FILED THAT MY Current Cousel Refuses to file I would like for MARK L DOBIAS to be ReMoved FROM MY CASE IMMEDIATCY DUE TO INEFFECTIVE COUNSEL

Thank you
your Honor

Gregory Knouttila

Gregory J. Knoottila
P.O. Box 845
White Cloud Mi 49349

RECEIVED (GR)
U.S. District Court Clerk
DEC 0 2 2022
KB
Western Michigan

GRAND RAPIDS MI 493
28 NOV 2022 PM 5 L



"THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL"

Hon. Janet T. Neff
US District Judge
110 Michigan St. N.W.
Grand Rapids Mi 49503

495033449 C019